# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN ALLEN LANOUE,

     Petitioner,

vs.

JACK PALMER, et al.

     Respondents.

3:06-cv-00205-LRH-VPC

ORDER

     Respondents' motion (#22) for enlargement of time is GRANTED; and the time for respondents to respond to the petition is extended up to and including April 16, 2007.

     DATED this 26th day of March, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE