# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOHN ALLEN LANOUE,

     Petitioner,

vs.

JACK PALMER, *et al.*,

     Respondents.

3:06-cv-00205-LRH-VPC

ORDER

     Respondents' motion (#32) for enlargement of time is GRANTED; and the time for respondents to file an answer is extended up to and including March 31, 2008.

     DATED this 3rd day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE