# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ALLEN LANOUE,<br><br>    Petitioner,<br><br>vs.<br><br>JACK PALMER, *et al.,*<br><br>    Respondents. | 3:06-cv-00205-LRH-VPC<br><br>ORDER |

Respondents' motion (#34) for enlargement of time is GRANTED; and the time for respondents to file an answer is extended up to and including May 5, 2008. Counsel is reminded of the need to comply with the prior order regarding the identification of exhibits. See #29, at 2, lines 5-10.

DATED this 3rd day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE